NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES D. SHIMKO,

        Appellant,

v.

        Case No.   2D20-1359

STATE OF FLORIDA,

        Appellee.

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Lee County, Nicholas Thompson,
Judge.

PER CURIAM.

        Affirmed.

NORTHCUTT, SLEET, and STARGEL, JJ., Concur.